|   |   |
|---|---|
| 1 | Brian C. Shapiro |
|   | Attorney at Law: 192789 |
| 2 | Law Offices of Lawrence D. Rohlfing |
|   | 12631 East Imperial Highway, Suite C-115 |
| 3 | Santa Fe Springs, CA 90670 |
|   | Tel.: (562)868-5886 |
| 4 | Fax: (562)868-8868 |
|   | E-mail: rohlfing.office@rohlfinglaw.com |
| 5 |   |
|   | Attorneys for Plaintiff |
| 6 | Hoang T. Luong |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| HOANG T. LUONG, | ) Case No.: SACV 10-1445 MRW |
|---|---|
| Plaintiff, | ) {~~PROPOSED~~} ORDER AWARDING |
|   | ) EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
|   | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
|   | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,800.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: August 19, 2011

```
                              /s/ Judge Wilner
                    _____
                    THE HONORABLE MICHAEL R. WILNER
                    UNITED STATES MAGISTRATE JUDGE
```

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Brian C. Shapiro*

4 | Brian C. Shapiro
Attorney for plaintiff Hoang T. Luong